# MUSA-OBREGON LAW PC

ATTORNEYS AND COUNSELORS AT LAW
55-21 69th Street, Second Floor
Maspeth, NY 11378
TEL (718)803-1000
FAX (866)788-8061

MANHATTAN OFFICE
757 THIRD AVENUE, 20TH FL
NEW YORK, NY 10017

S. MICHAEL MUSA-OBREGON

PETER KAPITONOV*
MARIANNY REYES
KARL J. ASHANTI
SAMI EL CHERIF
ALEIX CUADRADO
NOEL AKINSOLA
MUHAMMAD SALMAN IQBAL

MELISSA BARBOSA KOBERNITSKI
Of Counsel

*Admitted NY, NJ


# ORDER

**Petitioner shall file a reply to Respondent's Letter (ECF No. 14) on or before Friday, September 25, 2026. So Ordered:**

***/s/ Jamel K. Semper***
**Hon. Jamel K. Semper**
**U.S. District Judge**

**Dated: September 22, 2026**

*Via ECF*

September 21, 2026

Honorable Jamel K. Semper, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Newark, NJ 07101

RE: *Conchucos Torres v. Tsoukaris*, et al., NO. 26-CV-07075, Response To The Judge's Order Dated September 10th.

Dear Judge Semper:

I represent Petitioner, who has asked for my assistance in reviewing and properly presenting the claims he raised in his pro se submissions. I respectfully request an extension of today's reply deadline until Friday, September 25, 2026, to respond to Respondents' September 17, 2026 supplemental submission and accompanying exhibits (ECF No. 14). Alternatively, I request an extension of at least seventy-two hours.

Petitioner filed his pro se submissions without my knowledge, approval, or ratification. He has now asked me to review those submissions and determine, after consultation with him, which claims should be adopted, revised, or withdrawn, and to respond to the Government's filings. I need a brief additional period to confer with him, review the relevant submissions and supporting records, and prepare a proper response that accurately presents his position. This request does not itself adopt or withdraw any claim.

I submit this request before the expiration of today's deadline under the Court's September 10, 2026 Order (ECF No. 12). The requested extension will allow me to complete that consultation and provide the Court with a focused response. I respectfully ask that the Court extend the deadline until Friday, September 25, 2026, or, at a minimum, grant an additional seventy-two hours, and defer consideration of the supplemental submissions until Petitioner's response is filed.

Respectfully submitted,

<u>S/ Peter Kapitonov</u>
BY: Peter Kapitonov

<u>*S. Michael Musa-Obregon*</u>
S. Michael Musa-Obregon
On the brief only